UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK SAINI, <br><br>            Petitioner, <br><br>v. <br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility; et al., <br><br>            Respondents. | Case No.: 26-cv-500-BJC-SBC <br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** <br><br>**[ECF No. 1]** |

On September 21, 2023, Deepak Saini ("Petitioner") entered the United States without inspection. ECF No. 1 at 4. On October 21, 2023, the Department of Homeland Security initiated removal proceedings by issuing a Notice to Appear pursuant to 8 U.S.C. § 1229(a). *Id.* at 5. On November 26, 2025, Immigration Customs and Enforcement arrested and detained Petitioner. *Id.* On January 12, 2026, an Immigration Judge ("IJ") conducted a bond redetermination hearing and denied bond for lack of jurisdiction under *Matter of Yajure-Hurtado*, 29 I&N Dec. 216 (BIA 2025). *Id.* According to Petitioner, the IJ alternatively found that if jurisdiction existed, Petitioner would be eligible for release on a $5,000 bond subject to additional conditions. *Id.* at 6. Petitioner has remained in DHS custody since his arrest on November 26, 2025.

On January 27, 2026, Petitioner filed a petition for a writ of habeas corpus, ECF No. 1, along with a motion for a temporary restraining order. ECF No. 2. This Court set a

briefing schedule and issued a limited stay. ECF No. 3. Respondents filed a return to the petition on January 16, 2026. ECF No. 4. In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 5 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Petitioner shall be released in accordance with the immigration judge's alternative bond redetermination issued on January 12, 2026. ECF No. 1 at 5-6. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: February 17, 2026

Honorable Benjamin J. Cheeks
United States District Judge